**Lisa P. Shevlin, OSB #145185**
Lisa.Shevlin@lewisbrisbois.com
**Alexandra K. McLain, OSB #184103**
Ally.Mclain@lewisbrisobois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Of Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRACY L. THOM and JENNIFER J. THOM,<br><br>Plaintiff,<br><br>vs.<br><br>ROKSTAD POWER INC., a Foreign Corporation<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446<br><br>(Multnomah County Circuit Court Case No. 23CV05615) |

TO:   The Judges and Clerk of the United States District Court for the District of Oregon:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Rokstad Power Inc., hereby files this Notice of Removal of civil action, removing the above-captioned action from the Circuit Court of the State of Oregon for the County of Multnomah, in which it is pending, to the United States District Court for the District of Oregon.  In support of removal, defendant states as follows:

**NOTICE OF REMOVAL IS TIMELY**

1. On February 6, 2023, plaintiffs Tracy Thom and Jennifer Thom ("plaintiffs") initiated this action by filing a complaint in the Circuit Court of the State of Oregon for the County

NOTICE OF REMOVAL – Page 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

of Multnomah, docketed as Case No. 23CV05615 ("State Court Action") and amended the complaint on February 17, 2023. (**Exhibit 1 & Exhibit 2**).

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3). Defendant was not served with a copy of Plaintiff's initial summons and complaint. Defendant was served with a copy of the Amended Complaint on March 1, 2023, thus extending the date by which Defendant must file this Notice of Removal to March 31, 2023, pursuant to 28 U.S.C. § 1446(b)(3).

3. Defendant files this Notice of Removal within thirty days of service of the Amended Complaint.

4. No previous requests have been made for the relief requested.

5. This is a civil action over which this court has original jurisdiction based on diversity of citizenship, pursuant to 28 U.S.C. § 1332, and due to the amount in controversy. At all material times herein, plaintiffs are residents of Oregon.

6. Defendant is a Foreign Business Corporation with its principal place of business in Glendale, Arizona.

7. Plaintiff's Amended Complaint alleges a $4,900,000 prayer for relief. (**Exhibit 2**). Therefore, the amount in controversy requirement, as set forth in 28 U.S.C. § 1332, is satisfied.

8. Based on the foregoing, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

**REMOVAL TO THIS DISTRICT IS PROPER**

9. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned State Court Action to this Court is appropriate.

10. Pursuant to 28 U.S.C. § 1441(a) and 1446(b), removal to this Court is appropriate as the district and division embracing the place where the State Court Action is pending.

11. Defendant will promptly serve plaintiffs with this Notice of Removal, informing plaintiffs that this matter has been removed to federal court. Defendant will also promptly file a

NOTICE OF REMOVAL – Page 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

copy of this Notice of Removal with the Circuit Court of Multnomah County, Oregon, where the action is pending.

12. By removing this action, Defendant does not waive any objections or defenses, and defendant specifically reserves all such objections or defenses that it may have to this action.

DATED this 29th day of March, 2023

                                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Lisa P. Shevlin, OSB #145185
Lisa.Shevlin@lewisbrisbois.com
Alexandra K. McLain, OSB #184103
Ally.Mclain@lewisbrisobois.com
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Of Attorneys for Defendant*

NOTICE OF REMOVAL – Page 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TRACY THOM,<br><br>Plaintiff,<br><br>v.<br><br>**BLACK CORPORATION**, a Corporation;<br>**WHITE COMPANY,** a Partnership;<br>and **FIRST DOE** through **TENTH DOE**,<br>Inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>Personal Injury - Negligence<br>(Automobile)Negligence *Per Se*<br>(Demand for Jury Trial)<br><br>(Not Subject to Mandatory Arbitration)<br>Amount in Controversy: $3,150,000.00<br>Fee Statute: ORS 21.160(l)(d) |

Plaintiff alleges:

1.

At all times material hereto:

    a) The true names and capacities, whether individual, corporate, or otherwise, of defendants BLACK CORPORATION, a corporation, WHITE COMPANY, a partnership, and FIRST DOE through TENTH DOE, inclusive, are unknown to plaintiff, who, therefore, sues said defendants by said fictitious names. Plaintiff is informed, and believes, and therefore alleges, that each of said defendants was negligent and/or otherwise responsible in some manner for the events and happenings herein referred to including, but not limited to, the motor vehicle/pedestrian incident occurring on February 18, 2021;

    b) Plaintiff was working as an employee of Portland General Electric Company ("PGE") at its Salem Yard located at 4245 Kale Street, N.E., city of Salem, county of Marion, state of Oregon;

Page 1 – COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

**Exhibit 1**
**Page 1 of 4**

1       2.

2       On or about February 18, 2021, at approximately 6:45 a.m., plaintiff was working as a journeyman carpenter employee of Portland General Electric company, but directing traffic as part of some emergency operation efforts involving mutual aid at the Salem PGE Yard when his foot was run over by a truck and/or trailer owned by one of defendants, and operated by one of the defendants' employees or agents, acting within the course and scope of their employment or agency relationship. Plaintiff suffered serious physical injuries to his left foot as hereinafter set forth.

8       3.

9       The cause of plaintiff's injuries was the negligence of one or more of the defendants, acting through one of their employees or agents, in one or more of the following particulars:

   a)  In failing to keep and maintain a proper lookout;
   b)  In driving faster than was reasonable and prudent under the circumstances then and there existing at the Salem Yard;
   c)  In failing to yield the right-of-way to plaintiff, a pedestrian;
   d)  In failing to account for the size of the truck and trailer and in hitting plaintiff's body with some portion of the truck and/or trailer.

17      4.

18      The negligence of defendants, in one or more of the particulars set forth above, was a substantial in causing plaintiff to suffer the following injuries, some of which are permanent in nature:

   a)  Closed fractures of the 1st, 2nd, and 3rd toes of the phalanges on the left foot;
   b)  Subluxations of the interphalangeal joints of the left foot;
   c)  Left ankle abrasions and contusions.

///
///
///

Page 2 – COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 1
Page 2 of 4

5.

Plaintiff underwent multiple surgical interventions necessitated by his injuries. Plaintiff reserves the right to amend this Complaint at a later time to more fully describe his injuries as deemed necessary, and/or to conform to proof offered at trial.

6.

The negligence and/or fault of the defendants, in one or more of the particulars set forth herein, was a substantial factor in causing plaintiff Tracy Thom to be rendered sick, sore, nervous and distressed, and to suffer permanent injury and loss of enjoyment of life, and he will continue to suffer pain and loss of enjoyment of life in the future, all to his noneconomic damage in an amount to be determined by the jury to fully and adequately compensate plaintiff for his damages in accordance with Oregon law, but in an amount not to exceed the sum of $2,500,000.00.

7.

The negligence and/or fault of defendants, in one or more of the particulars set forth herein, was a substantial factor in causing plaintiff to incur reasonable and necessary medical and related expenses to date in the approximate sum of $150,000.00. Plaintiff will incur reasonable and necessary medical, hospital, doctor, therapy, nursing, and vocational rehabilitation expenses in the future in the approximate sum of $100,000.00. Plaintiff has lost wages to date in the approximate sum of $150,000.00, and will incur loss of wages and/or loss of earning capacity in the future, the present value of which is the approximate sum of $250,000.00, all to his total economic damage to in the approximate sum of $650,000.00.

7.

Plaintiff is entitled to interest at nine percent (9%) per annum for his economically verifiable losses from the date of loss to the date of judgment.

8.

Plaintiff reserves the right to amend this Complaint at the time of trial to more completely allege plaintiff's economic losses and/or to conform to proof offered at trial.

Page 3 – COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 1
Page 3 of 4

9.

Plaintiff hereby demands a jury trial.

WHEREFORE, plaintiff prays for judgment against defendants in the sum of $3,150,000.00, plus interest at nine percent per annum for his economically verifiable losses from the date of loss to the date of judgment, for his costs and disbursements incurred herein, and for such other relief as the court deems just and equitable.

DATED this 6th day of February, 2023.

*[signature]*

J. Randolph Pickett, OSB #721974
randy@pdm.legal
Kimberly O. Weingart, OSB #091407
kim@pdm.legal
Shangar S. Meman, OSB #171205
shangar@pdm.legal
Kyle T. Sharp, OSB #204886
kyle@pdm.legal
Rachel M. Jennings, OSB #205474
rachelj@pdm.legal
PICKETT DUMMIGAN WEINGART LLP

of Attorneys for Plaintiff

Page 4 – COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 1
Page 4 of 4

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TRACY L. THOM and JENNIFER J. THOM,<br><br>Plaintiffs,<br><br>v.<br><br>**ROKSTAD POWER INC.**, a Foreign Corporation,<br><br>Defendant. | Case No. 23CV05615<br><br>**FIRST AMENDED COMPLAINT**<br><br>Personal Injury - Negligence (Automobile) – Employers' Liability Law – Negligence *Per Se* (Oregon Safe Employment Act) – Loss of Consortium<br><br>(Demand for Jury Trial)<br>(Not Subject to Mandatory Arbitration)<br><br>Amount in Controversy: $4,900,000.00<br>Fee Statute: ORS 21.160(l)(d) |

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**
(Plaintiff Tracy Thom)

**COUNT ONE**
(Common-Law Negligence)

1.

At all times material hereto:

a) Defendant Rokstad Power Inc. ("ROKSTAD POWER") was a Delaware corporation, with a principal place of business in the United States located at 7239 N. El Mirage Road, in the city of Glendale, county of Maricopa, state of Arizona, and a home office located at 80 Golden Drive in the city of Coquitlam, province of British Columbia, country of Canada, authorized to do business and doing business in the state of Oregon as a power line construction company;

Page 1 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 1 of 10

b)  According to its website, "Rokstad Power is a leading distribution and transmission construction company that operates across the United States and Canada. We offer a full suite of power line contracting services to our customers, including immediate emergency and storm response, distribution, transmission, live line work and much more";

c)  The Rokstad Power website continues by stating that "We work with various public and private sector organizations, including municipalities, power and communication utilities, and mining companies. With a reputation for providing the highest possible levels of safety and quality, we consistently exceed clients' expectations with our effective and efficient delivery of services";

d)  The website also notes that the corporate motto is "Family is the power behind our success" and goes on to indicate that Rokstad Power is "an innovative and progressive family-oriented business that excels in providing safe, reliable Distribution and Transmission services across the United States and Canada";

e)  Rokstad Power carried on regular and sustained business in the county of Multnomah, state of Oregon, by providing power line contracting services to various entities located within Multnomah County, including Portland General Electric Company ("PGE");

f)  Plaintiff Tracy Thom was working as an employee of PGE and was working at its Salem Yard, located at 4245 Kale Street, N.E., city of Salem, county of Marion, state of Oregon.

2.

On or about February 18, 2021, at approximately 6:45 a.m., plaintiff Tracy L. Thom was working as a journeyman carpenter employee of Portland General Electric company but directing traffic as part of some emergency operation efforts involving mutual aid at the Salem PGE Yard when his left foot was run over by a truck and trailer owned by defendant Rokstad Power, and operated by one of its employees or agents, acting within the course and scope of their employment or agency relationship. Defendant Rokstad Power was a subcontractor assisting PGE in the emergency and storm response that was being mobilized from the Salem PGE Yard. As a direct consequence of having his left foot run over, plaintiff Tracy L. Thom suffered serious and permanent physical injuries to his left foot as hereinafter set forth.

Page 2 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 2 of 10

1  3.

2  The cause of plaintiff Tracy L. Thom's injuries was the negligence of defendant Rokstad
3  Power, acting through its employee or agent, in one or more of the following particulars:

4   a)  In failing to keep and maintain a proper lookout;

5   b)  In failing to yield the right-of-way to plaintiff, a flagger and a pedestrian;

6   c)  In failing to train and supervise all employees in hazard recognition,
7       avoidance, and prevention, including safe operation of vehicles at a facility
        such as the Salem PGE Yard;

8   d)  In failing to account for the size of the truck and trailer;

9   e)  In failing to utilize the side-view mirror so as to observe the location of
10      plaintiff Tracy L. Thom, who was plainly visible and wearing high-visibility
        ("HIGH-VIS") yellow clothing and a white hard hat, and avoid hitting him;

11  f)  In striking plaintiff's left foot with the truck and trailer.

12  4.

13  The negligence and/or fault of defendant Rokstad Power, in one or more of the particulars
14  set forth herein, was a substantial in causing plaintiff Tracy L. Thom to suffer the following
15  injuries, many of which are permanent in nature:

16  a)  Closed displaced fracture of second metatarsal bone of left foot;

17  b)  Closed displaced fracture of medial cuneiform of left foot;

18  c)  Closed traumatic subluxation of tarsometatarsal joint of left foot;

19  d)  Closed fracture of phalanx of left second toe;

20  e)  Closed fracture of phalanx of left third toe;

21  f)  Closed displaced fracture of fourth metatarsal bone of left foot;

22  g)  Dislocation of metatarsophalangeal joint of lesser toe of left foot;

23  h)  Traumatic arthritis of left foot;

24  i)  Pain in bone fixation device;

25  j)  Traumatic open wound of left lower leg;

26  k)  Left ankle abrasions and contusions.

Page 3 – FIRST AMENDED COMPLAINT

**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

**Exhibit 2**
**Page 3 of 10**

1                                                                             5.

2       As a result of the foregoing injuries, plaintiff Tracy L. Thom underwent the following surgical
3 procedures:
4       a)       Open reduction and internal fixation ("ORIF") of left metatarsophalangeal joint;
5       b)       ORIF of left second metatarsal;
6       c)       ORIF of left third metatarsal;
7       d)       Left ankle wound debridement;
8       e)       Vacuum-assisted closure ("VAC") of left ankle wound;
9       f)       Left second metatarsal phalangeal joint debridement;
10     g)      Cuboid hardware removal;
11     h)      Left third metatarsal osteotomy.

Plaintiff Tracy L. Thom reserves the right to amend this Complaint at a later time to more fully describe his injuries as deemed necessary, and/or to conform to proof offered at trial.

                                                         6.

The negligence and/or fault of the defendant Rokstad Power, in one or more of the particulars set forth herein, was a substantial factor in causing plaintiff Tracy L. Thom to be rendered sick, sore, nervous and distressed, and to suffer permanent injury and loss of enjoyment of life, and he will continue to suffer pain and loss of enjoyment of life in the future, all to his noneconomic damage in an amount to be determined by the jury to fully and adequately compensate plaintiff for his damages in accordance with Oregon law, but in an amount not to exceed the sum of $3,500,000.00.

                                                         7.

The negligence and/or fault of defendant Rokstad Power, in one or more of the particulars set forth herein, was a substantial factor in causing plaintiff Tracy L. Thom to incur reasonable and necessary medical and related expenses to date in the approximate sum of $150,000.00. Plaintiff Tracy L. Thom will incur reasonable and necessary medical, hospital, doctor, therapy, and nursing expenses in the future in the approximate sum of $50,000.00. Plaintiff Tracy L. Thom has

Page 4 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 4 of 10

lost wages to date in the approximate sum of $200,000.00, and will incur loss of wages and/or loss of earning capacity in the future, the present value of which is the approximate sum of $650,000.00, all to his total economic damage in the approximate sum of $1,050,000.00.

8.

Plaintiff Tracy L. Thom is entitled to interest at nine percent (9%) per annum for his economically verifiable losses from the date of loss to the date of judgment.

9.

Plaintiff Tracy L. Thom reserves the right to amend this Complaint at the time of trial to more completely allege his economic losses and/or to conform to proof offered at trial.

10.

Plaintiffs hereby demand a jury trial.

**COUNT TWO**
**(Employers' Liability Law)**
**(Not Based on Safety Codes)**

11.

Plaintiff Tracy L. Thom re-alleges and incorporates ¶¶1 through 10 of Count One of the First Claim for Relief.

12.

At all material times there was in full force and effect in the State of Oregon an Employers' Liability Law ("ELL") which provided in pertinent part as follows:

> **ORS 654.305.** Generally, all owners, contractors or **subcontractors** and other persons having charge of, or responsibility for, any work involving a risk or danger to the employees or the public shall use every device, care and precaution that is practicable to use for the protection and safety of life and limb, limited only by the necessity for preserving the efficiency of the structure, machine or other apparatus or device, and without regard to the additional cost of suitable material or safety appliance and devices.
> (emphasis supplied)

///

///

Page 5 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

**Exhibit 2**
**Page 5 of 10**

13.

At all material times herein, defendant Rokstad and its employees were in charge of and responsible for work involving risk or danger to plaintiff Tracy L. Thom, to other employees, and/or to members of the general public.

14.

Defendant Rokstad had actual control of the work being done, and/or had retained the right to control the work, and/or was engaged in a common enterprise with PGE, plaintiff Tracy L. Thom's employer.

15.

Defendant Rokstad failed to use every device, care, or precaution which was practical to use for the protection and safety of plaintiff Tracy L. Thom's life and limb in one or more of the particulars alleged in ¶4 above.

16.

As a result of one or more of the violations of the ELL by defendant Rokstad, as set forth above, plaintiff Tracy L. Thom suffered injuries, underwent medical procedures, and is entitled to compensatory damages on Count Two, as previously alleged in ¶¶4 through 8 of Count One.

**COUNT THREE**
**(Employers' Liability Law)**
**(Based on Safety Codes)**

17.

Plaintiff realleges and incorporates ¶¶1 through 10 of Count One and ¶¶12 through 15 of Count Two of the First Claim for Relief.

18.

At all material times there was in full force and effect the ELL of the State of Oregon, which also provided in pertinent part:

///

///

Page 6 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 6 of 10

> **ORS 654.310.** All owners, contractors, **subcontractors**, or persons whatsoever, engaged in the construction, repairing, alteration, removal or painting of any building, bridge, viaduct or other structure, or in the erection or **operation of any machinery**, or in the manufacture, transmission and use of electricity, or in the manufacture or use of any dangerous appliance or substance, shall see that all places of employment are in compliance with every applicable order, decision, direction, standard, rule or regulation made or prescribed by the Department of Consumer and Business Services. (emphasis supplied).

19.

At all material times herein, defendant Rokstad as a subcontractor in charge of and responsible for the movement of some of the vehicles at the Salem PGE Yard, had a duty to furnish plaintiff Tracy L. Thom a place of employment which was safe and healthful for plaintiff Tracy L. Thom, an employee of PGE, the owner of the Salem Yard, and the entity that Rokstad contracted with. Plaintiff Tracy L. Thom was performing flagging/traffic control activities at PGE's Salem yard that involved motor vehicles under the direction and control of defendant Rokstad. Plaintiff was a member of the class of persons intended to be protected by the safety codes, rules, and regulations, set forth below.

20.

Defendant Rokstad failed to see that plaintiff Tracy L. Thom's place of employment complied with all rules and regulations prescribed by the Department of Consumer and Business Services by violating one or more of the following rules and regulations:

a) In violating 29 CFR 1926.21(b), Accident Prevention Responsibilities. Defendant Rokstad violated this rule by failing to have appropriate accident prevention protocols in place to be followed by its employees.

b) In violating 29 CFR 1926.21(b)(2), Accident Avoidance Responsibilities. Defendant Rokstad violated this rule by failing to have appropriate accident avoidance protocols in place to be followed by its employees.

///
///
///

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 7 of 10

21.

As a result of one or more of the violations of the ELL by defendant Rokstad, as set forth above, plaintiff Tracy L. Thom suffered injuries, underwent medical procedures, and is entitled to compensatory damages on Count Three as previously alleged in ¶¶4 through 8 of Count One of the First Claim for Relief.

**COUNT FOUR**
**(Negligence *Per Se*–Oregon Safe Employment Act)**

22.

Plaintiff re-alleges and incorporates ¶¶1 through 10 of Count One, ¶¶12 through 15 of Count Two, and ¶¶18 through 20 of Count Three of the First Claim for Relief.

23.

At all material times, defendant Rokstad was an employer in charge of, and responsible for, the work involving a risk or danger to plaintiff Tracy L. Thom. The worksite at which plaintiff Tracy L. Thom was working was a "place of employment" as defined in ORS 654.005(8), part of the Oregon Safe Employment Act ("OSEA"). The general location of the PGE Yard in Salem was a fixed or movable place where an employee worked temporarily or permanently, where a process, operation, or activity related, either directly or indirectly, to an employer's industry, trade, business or occupation.

24.

Defendant Rokstad was an owner, as that term is defined in ORS 654.005(6), in that it had ownership, control, and/or custody of general location of motor vehicles traveling within PGE's Salem Yard. Defendant Rokstad was an employer, as that term is defined in ORS 654.005(6), in that it had one or more employees.

///
///
///

Page 8 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 8 of 10

25.

By violating one or more of the safety codes set forth in ¶20, defendant Rokstad failed to comply with every order, decision, direction, standard, rule, or regulation made or prescribed by the department in connection with the materials specified in ORS 654.001 to 654.295 and 654.750 to 654.780, or in any way relating to or affecting places of employment, and failing to do everything necessary or proper in order to secure compliance with and observance of every such order, decision, direction, standard, rule or regulation, as required by ORS 654.022.

26.

As a result of one or more of the violations of the OSEA by defendant Rokstad, as set forth above, plaintiff Tracy L. Thom suffered injuries, underwent medical procedures, and is entitled to compensatory damages on Count Four as previously alleged in ¶¶4 through 8 of Count One.

**SECOND CLAIM FOR RELIEF**
**(Plaintiff Jennifer J. Thom)**
**(Loss of Consortium – Loss of Services)**

27.

Plaintiffs reallege ¶¶1 through 26 as if fully set forth herein.

28.

Plaintiffs Tracy L. Thom and Jennifer J. Thom are husband and wife and have been married for approximately twenty-six (26) years.

29.

As a direct result of the conduct of the defendant Rokstad Power and its employee, as alleged above, and the resulting injuries suffered by plaintiff Tracy L. Thom, plaintiff Jennifer J. Thom has lost the, company, help, support, services and comfort of her husband to a significant degree and she is painfully burdened in her body, mind, and spirit, all to her noneconomic damage in a reasonable amount to be determined by the jury, not to exceed the sum of $350,000.00.

///

///

Page 9 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

**Exhibit 2**
**Page 9 of 10**

1    WHEREFORE, plaintiffs pray for judgment against defendant Rokstad Power in the sum of $4,900,000.00, plus interest at nine percent per annum for plaintiff Tracy L. Thom's economically verifiable losses from the date of loss to the date of judgment, for their costs and disbursements incurred herein, and for such other relief as the court deems just and equitable.

DATED this 17th day of February, 2023.

*/s/ J. Randolph Pickett*
J. Randolph Pickett, OSB #721974
randy@pdm.legal
Kimberly O. Weingart, OSB #091407
kim@pdm.legal
Shangar S. Meman, OSB #171205
shangar@pdm.legal
Kyle T. Sharp, OSB #204886
kyle@pdm.legal
Rachel M. Jennings, OSB #205474
rachelj@pdm.legal
PICKETT DUMMIGAN WEINGART LLP

of Attorneys for Plaintiffs

Page 10 – FIRST AMENDED COMPLAINT

PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 226-3628

Exhibit 2
Page 10 of 10

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **NOTICE OF REMOVAL** on the following attorneys by the method indicated below on the 29th day of March, 2023:

*Attorneys for Plaintiff:*

J. Randolph Picket, Kimberly O. Weingart
Shangar S. Meman, Kyle T. Sharp and
Rachel M. Jennings
Picket Dummigan Weingart LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
randy@pdm.legal
kim@pdm.legal
Kyle@pdm.legal
rachelj@pdm.legal

✓ Via First Class Mail
___ Via Federal Express
✓ Via CM/ECF
✓ Via E-Mail

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  *s/ Lisa P. Shevlin*
Lisa P. Shevlin, OSB #145185
Lisa.Shevlin@lewisbrisbois.com
Alexandra K. McLain, OSB #184103
Ally.Mclain@lewisbrisobois.com

*Of Attorney for Defendant*

91778263.1
CERTIFICATE OF SERVICE

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801